## CUMMINGS *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 15, September Term, 1962.]

*Decided October 9, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For reasons stated in the opinion of Judge Carter below, the application for leave to appeal is hereby denied.

*Application denied.*